

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-22-00371-CV

Jeanine **BELL** and Sheila Petsch,
Appellants

v.

Darrell **PETSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16468
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

On July 21, 2022, appellants Jeanine Bell and Sheila Petsch filed a motion to abate this appeal to allow the parties to sever a counterclaim and obtain a final judgment in the underlying case. On August 22, 2022, appellee filed a response stating he does not oppose appellants' motion to abate "since a [f]inal [j]udgment should be soon filed with the Court."

On September 6, 2022, we received a clerk's record containing a final judgment signed on August 19, 2022, and on September 8, 2022, appellants filed an amended notice of appeal seeking to appeal the final judgment signed on August 19, 2022.

Accordingly, we **DENY** appellants' motion to abate **AS MOOT.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court